

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROSA BUENROSTRO, | No. 11-73181 |
| Petitioner, | Agency No. A095-451-051 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 13, 2014[**]

Before:    SCHROEDER, THOMAS, and HURWITZ, Circuit Judges.

Rosa Buenrostro, a native and citizen of Mexico, petitions for review of a

Board of Immigration Appeals ("BIA") order denying her motion to reopen.  We

dismiss the petition for review.

We lack jurisdiction to review the BIA's decision not to invoke its sua

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

sponte authority to reopen proceedings under 8 C.F.R. § 1003.2(a). *See*

*Mejia-Hernandez v. Holder*, 633 F.3d 818, 823-24 (9th Cir. 2011).

**PETITION FOR REVIEW DISMISSED.**